

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MICHAEL ABELAR,<br><br>Defendant. | Case No. 17cr1190-BEN<br><br>**ORDER AND JUDGMENT TO WITHDRAW GUILTY PLEA AND DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon joint motion and of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that Defendant's guilty plea is withdrawn and the Information in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: February 21, 2018

HON. ROGER T. BENITEZ
United States District Judge